IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BARBARA HENDRICKS,** )
**and NORTH END TOWING, INC.,** )
)
      Plaintiff, )
)
v. )
) Civil No. **06-1051-MJR**
**WESTPORT INSURANCE** )
**CORPORATION,** )
)
      Defendant. )

# ORDER

**PROUD, Magistrate Judge:**

Before the court is defendant's Motion to Compel. **(Doc. 38)**.

Counsel for defendant has informed the court that plaintiffs have now responded to its outstanding discovery requests.

Defendant's Motion to Compel **(Doc. 38)** is **DENIED as moot**.

**IT IS SO ORDERED.**

**DATE: April 24, 2008.**

                                               **s/ Clifford J. Proud**
                                               **CLIFFORD J. PROUD**
                                               **UNITED STATES MAGISTRATE JUDGE**