IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA HENDRICKS, d/b/a NORTH END PLAZA SALES & SERVICE, and NORTH END TOWING,<br><br>Plaintiff,<br><br>vs.<br><br>WESTPORT INSURANCE CORPORATION and THE DANIEL AND HENRY CO.,<br><br>Defendant(s), | No.  06-1051-CJP |

## JUDGMENT IN A CIVIL CASE

Defendant **THE DANIEL AND HENRY CO.** was dismissed by an Order entered by United States District Judge Michael J. Reagan on March 6, 2007, (Doc. 26).

**IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Clifford J. Proud on March 4, 2009, (Doc. 75),  the above-captioned action is **DISMISSED** with prejudice.

**Dated: May 4, 2009**

**Justine Flanagan, Acting Clerk of Court**

**By:    s/Angela Vehlewald**
          **Deputy Clerk**

**Approved:    s/Clifford J. Proud**
          **Clifford J. Proud**
          **United States Magistrate Judge**